**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

GEORGE BOSKIE, HADEL TOMA, and
TERRY KELLER,

        Plaintiffs,

v.

BACKGROUNDCHECKS.COM LLC (in its
own name and trading as e-
backgroundchecks.com),

        Defendant.

No. 3:17-CV-0782-M

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs George Boskie, Hadel Toma, and Terry Keller ("Plaintiffs") and Defendant Backgroundchecks.com LLC ("Defendant") (collectively, the "parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS this case was filed on September 8, 2016 in the Philadelphia Court of Common Pleas;

WHEREAS, on October 17, 2016, Defendant removed this matter to the District Court for the Eastern District of Pennsylvania;

WHEREAS, on February 14, 2017 this matter was transferred to this Court;

WHEREAS on March 8, 2018, the parties attended mediation with mediator Rodney Max;

WHEREAS, the parties have been working diligently to settle the case and have made significant progress but there are still some remaining issues which need to be resolved, and the parties have agreed to re-engage Mr. Max as needed for resolution of those issues;

WHEREAS, in the event a settlement is reached in this matter the parties intend to present the settlement in state court;

WHEREORE, the parties stipulate and agree to dismiss this action without prejudice, each party bearing its own fees and costs.  The parties further stipulate that the statute of limitations as well as any applicable statutes of repose with respect to the asserted claims shall remain tolled as though the action had never been dismissed from this Court. The Parties agree that the running of any and all applicable statutes of limitations, repose, or other defenses or limitations on actions which may apply to asserted claims brought by the Plaintiffs and the Proposed Classes under the Fair Credit Reporting Act shall be tolled and suspended.  The time period between August 30, 2018 and the date of any subsequent refiling of this action shall not be included in computing any statute of limitations for claims asserted in this case, nor will that time period be considered on a defense of laches or any other time-based doctrine or defense, rule, law or statute otherwise limiting the right of any party mentioned herein to preserve and prosecute any claim.  Defendant expressly agrees that the asserted claims of all Plaintiffs and members of the proposed classes shall be considered to have been tolled as of September 8, 2016 and shall remain so tolled until the date which is 45 days after the date on which either party provides the other party's counsel with written notice of the termination of the tolling period.

In the event that either Party provides the other's counsel with written notice of the termination of the tolling period, the Parties shall retain any and all legal or equitable remedies and defenses they may have or may believe they have arising from the Claims.  In such an event Plaintiffs may refile the action in this Court.  In such a circumstance, Defendant shall not seek any costs associated with this action pursuant to Fed. R. Civ. P. 41(d) or any other similar rule, law or principle that might allow the recovery of costs associated with an initial action when an action containing the asserted claims as the initial action is re-filed after a voluntary dismissal.

IT IS SO STIPULATED.

2

Respectfully submitted August 29, 2018.

*/s/ E. Michelle Drake*
Joe Kendall (TX Bar No. 11260700)
Jamie J. McKey (TX Bar No. 24045262)
KENDALL LAW GROUP, PLLC
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone:  (214) 744-3000
Facsimile:  (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

E. Michelle Drake (MN Bar No. 0387366)
John G. Albanese (MN Bar No. 0395882)
BERGER MONTAGUE PC
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Telephone:  (612) 594-5999
Facsimile:  (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Patrick F. Madden (PA Bar No. 309991)
BERGER MONTAGUE PC
1622 Locus Street
Philadelphia, PA 19103
Telephone:  (215) 875-3035
Facsimile:  (215) 875-4601
pmadden@bm.net

WILLIG, WILLIAMS & DAVIDSON
Ryan Allen Hancock (PA Bar No. 92590)
Bruce M. Ludwig (PA Bar No. 23251)
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone:  (215) 656-3679
rhancock@wwdlaw.com

*ATTORNEYS FOR PLAINTIFFS*

*/s/ Cindy D. Hanson (with express permission)*
Lindsay B. Nickle (TX Bar No. 24007747)
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202-3758
Telephone:  (214) 698-8000
Facsimile:  (214) 698-1101
Lindsay.Nickle@wilsonelser.com

Cindy D. Hanson (GA Bar No. 323920)
Admitted *pro hac vice*
TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Bank of America Plaza
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:  (404) 885-3900
cindy.hanson@troutmansanders.com

*ATTORNEYS FOR DEFENDANT*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ E. Michelle Drake*
E. Michelle Drake